IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| AMY RICHARDSON,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>WOMEN'S CENTER FOR ADVANCEMENT, a Nebraska non-profit corporation;<br><br>　　　　　　Defendant. | **8:21CV237**<br><br>**ORDER** |
| AMY RICHARDSON,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>WOMEN'S CENTER FOR ADVANCEMENT, a Nebraska non-profit corporation;<br><br>　　　　　　Defendant. | **8:22CV42**<br><br>**ORDER** |

This matter is before the Court on the unopposed motions to consolidate filed in the above-captioned cases.  (Case No. 8:21CV237, Filing No. 34; Case No. 8:22CV42, Filing No. 6.)  The parties request that these cases be consolidated for all purposes.

Upon consideration,

**IT IS ORDERED:**

1.The unopposed motions to consolidate filed in the above-captioned cases (Case No. 8:21CV237, Filing No. 34; Case No. 8:22CV42, Filing No. 6) are granted.

2.Case No. 8:21CV237 is hereby designated as the "Lead Case."  Case No. 8:22CV42 is hereby designed as the "Member Case."

3. The Court's CM/ECF System has the capacity for "spreading" text among consolidated cases. If properly docketed, the documents filed in the Lead Case will automatically be filed in the Member Case. To this end, the parties are instructed to file in the Lead Case all further documents except those described below and to select the option "yes" in response to the System's question of whether to spread the text.

4. The parties may not use the spread text feature to file complaints, amended complaints, and answers; to pay filing fees electronically using pay.gov; or to file items related to service of process.

5. If a party believes that an item in addition to those described in Paragraph 4 should not be filed in all the consolidated cases, the party must move for permission to file the item in only one of the consolidated cases.

6. The planning conference that was previously set in Case No. 8:21CV237 will occur as scheduled on March 31, 2022, at 10:00 a.m.

Dated this 3rd day of March, 2022.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge