IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| AMY RICHARDSON,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>WOMEN'S CENTER FOR ADVANCEMENT, a Nebraska non-profit corporation;<br><br>　　　　Defendant. | 8:21CV237<br><br>ORDER ON JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE |
| AMY RICHARDSON,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>WOMEN'S CENTER FOR ADVANCEMENT, a Nebraska non-profit corporation;<br><br>　　　　Defendant. | 8:22CV042<br><br>ORDER ON JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE |

This matter is before the Court on the parties' Stipulation for Dismissal with Prejudice (Filing No. 48). Pursuant to Federal Rule of Civil Procedure 41(a)(2), this case is dismissed with prejudice, both sides to bear their own fees and costs and a complete record waived.

Dated this 5th day of January 2023.

　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　s/ Joseph F. Bataillon
　　　　　　　　　　　　　　　　　　Senior United States District Judge

1